UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INDICTMENT |
| -v.- | : | 07 Cr. |
| SALVADOR COLLADO, | : | **07CRIM1144** |
| Defendant. | : | |

- - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

On or about October 25, 2007, in the Southern District of New York and elsewhere, SALVADOR COLLADO, the defendant, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about January 31, 1992 in New York Supreme Court, Bronx County, for Robbery in the First Degree, in violation of New York Penal Law 160.15, a Class B felony, did possess in and affecting commerce, ammunition, to wit, 50 rounds of 9 millimeter SPEER-brand Gold Dot ammunition, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____  12-12-07                    _____
FOREPERSON                                      MICHAEL J. GARCIA
                                                United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

SALVADOR COLLADO,

Defendant.

**INDICTMENT**

07 Cr.

(18 U.S.C. § 922(g)(1))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

12/12/07 Filed Indictment. A/W issued. Case Assigned to Judge Baer.
s/ Mag. Judge Katz