# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

December 27, 2007

**BY HAND**

RECEIVED
DEC 28 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S. D. N.Y.

Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

  Re: **United States v. Salvador Collado**
    **07 CR 1144 (HB)**

Dear Judge Baer:

  I write, in the above captioned case, to request a modification of the bail conditions for my client, Salvador Collado. On December 13, 2007, Magistrate Judge Theodore Katz set the following bail conditions: a $200,000 personal recognizance bond to be signed by two financial responsible persons and secured by the equity in two properties, one in the Bronx and one in Pennsylvania, strict pretrial supervision as well as continued parole supervision, and travel restricted to the Southern and Eastern Districts of New York. The deadline for the posting of the properties was set for today, December 27, 2007.

  As I mentioned in court this morning, Mr. Collado has begun the process of posting the properties, but requests until January 4, 2008 to complete this process. Also, Mr. Collado requests permission to travel to Reading, Pennsylvania to sign the necessary documents for the posting of the property.

  In addition, Mr. Collado requests a modification of the travel restrictions to allow him to travel, for employment purposes, to Oakland, New Jersey and Allentown, Pennsylvania during the months of January, February and March of 2008.

  As confirmed in court this morning, Assistant United States Attorney Telemachus P. Kasulis consents to these requests for modification of the bail conditions.

Honorable Harold Baer, Jr.                December 27, 2007
United States District Judge              Page 2
Southern District of New York

    Re:  **United States v. Salvador Collado**
          07 CR 1144(HB)

                      Respectfully submitted,

                      */s/ Jennifer Brown*

                      Jennifer Brown
                      Attorney for **Salvador Collado**
                      Tel. (212) 417-8722


SO ORDERED:

_____  12/28/07
Honorable Harold Baer
**United States District Judge**


cc:    Telemachus P. Kasulis, Esq.
       Assistant U.S. Attorney/SDNY